# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JAMES JACKSON,

                      Plaintiff,                      20 **CIVIL** 9420 (VSB)

            -against-                    **JUDGMENT**

DEPARTMENT OF CORRECTIONS;
CYNTHIA BRANN; PATSY YANG;
MARGARET EGAN,

                    Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 25, 2021, this action is DISMISSED without prejudice for failure to state a claim and for failure to prosecute pursuant to Federal Rules of Civil Procedure 12(b) and 41(b), and the complaint is dismissed.

**Dated:** New York, New York
           May 26, 2021

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                        **BY:**

                                                           **Deputy Clerk**